UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
DATE,            2005

MIMRETU BULTI DASISA          Civil Case
1725 Lincolon Rd, NE          No:
Washington DC-20002
202-635-1041-
            Plentiff

DISTRICT OF COLUM[BIA]
UNIVERSITY
4200 Connecticut [Ave]
Washington DC-2[0008]
            Defendent.

FILED
JUL 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER  1:05CV01397
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 07/13/2005

JURY ACTION

RECEIVED
JUN 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMPLAINT

- Plentiff brought this case to majestrate jurisdictional power court - to secure fairness in adminstration, promotion of growth and development of the law of evidence, truth seeking - for "Right shall not be construed to Deny, or disparaged others Retained by people -
  see - (Federal Rule 102)
       - (purpose and Construction)
  see - (Amendment NINE)

- This court has subject matter and original jurisdiction of all civil-actions arising under the constitution, laws or treaties of UNITED STATE - (see: Title 28 (U.S.C) sec-1338)
  see: Applicable provission
  (1976 Act)

see: Title VII, 1964 Civil Right Act.
see: Realities of 1863, Fourteen Amendments:

"Depriving any person of life liberty or property without due process of the law or deny to any person within its jurisdiction, the equal protection of the LAWS" -- (Common Law of Land)

## CAUSE OF ACTION

### Contract Breached.

ADMISSABLE FACTUAL GROUND

- On specific performances Contract agreed to educational Competion admission, Federal question exist.
- As of June 2, 1998 enrollment in defendent (UDC) for fall 1998-1999 existed educational Contract entery - Documents submitted, $20 dollars paid proved Councillors agreement to Contract.
- While others admitted, deffendent 14, discriminated, segregated in its admission policy - different for plentoff proves - Breach of Education Contract see: equal opportunity interpretation of Commission in Congressional Statues - violated.

p.t.o.

see: TITLE IX, 1972 Federal Law best known in protection of school segregation or discremination in higher institutions
see: U.S. Supreme Court decission in JACKSON vs. Birmingham Board of Edu. No. 02-1672, March 30, 2005

- Defendent university failed Response to July 16, 1998 made via U.S postal service R-783 140 603 preventing plentiff from school attendance others Retained Rights proves - intentional harm to plentiff in Retaliation for whistle blowing, unequal treatment to all mankind (suffared for justice)
    see (Amendment NINE)

- Defendent university was prohibited from making different laws for plentiff or change of policy to Impair the obligation on educational performance CONTRACT said agreement
    see: Mr. Story's Commentaries p-503 large edition p-1379
    — Jurisprudence on Contract

- Defendent entry to Educational CONTRACT to plentiff agreement is "Agrant" can not be Revoked by any Law - that proved the existance of great part of acquired Rights defendent Abused - not only denied.

-4-

  see:- See Jurisprudence on Contract
     Mr-Story (CP-508 in large dot-1338)
     - D.C. Human Right Acts of 1977
       as Amended -
     - D.C. Official code Sect-2-401.1
     - Civil-Right Act 1964, Title 7
- Plentoff suffered school segregation,
  prevented from educating Right others
  Retained - as undesputable denial of Excess
  existed the objective of this claim for
  Federal Court correction to Re-store Right
                                      denied.
     see:-
     - Title 28 sec-1343
       (Civil-Right and Elective franchise)
     see - Title 28 (U.S.C) Sect-1338
       (For Educational enterprize
        Competion)
- As Honerable Majestrate court entred
  AN ORDER on 03/17/1999 (I-98-CV-02945)
  Plentoff pray this court Trial by Jury
  Proceeding grant.
  Wherefore, Plentoff demand Judgment
  against defendent in sum $20 Millions

                              Respectfully
NOTE                          Mihretu Bulto Dasissa
Joinder defendents            1725 Lincoln Rd, NE
of the time held order        Wash - DC - 20002 -
Plentoff not Received.