UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mihretu Bulti Dasisa, :
:
       Plaintiff, :
v. : Civil Action No. 05-1397 (CKK)
:
University of the District of :
Columbia, :
:
       Defendant. :

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion to dismiss [Doc. No. 5] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

                                                            _____s/s_____
                                                            COLLEEN KOLLAR-KOTELLY
                                                            United States District Judge

Date: April 12, 2006


Paper Copy to:

Mihretu Bulti Dasisa
1725 Lincoln Road NE
Washington, DC 20002