UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.
April-17, 2006.

Mihretu Bulti-Dasissa          Civil Case No: 05-1397
1725 Lincoln Road, NE                          (CKK)
Washington DC. 20002
                Plaintiff.

University of District of Columbia
(Board of education-Calling)
4200 Connecticut Ave. N.W.
Washington D.C.  20008.
                Defendant.

RECEIVED
APR 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) MOTION FOR Relief FROM Judgement
   FROM ORDER ENTERD ON APRIL 12, 2005 OR—
(2) ALTERNATIVE— NOTICE OF APPEAL
   TAKING TO UNITED STATES COURTS OF
   APPEAL- FOR DISTRICT OF COLUMBIA—
(A) persuant to - Fed.R-60(sect-a,b,1,2,3,6,etl)
(B) persuant to: Fed-R-1979(3(d).
→ RESONS TO THE LAW FOR CORRECTION.

1- NOTICE is hereby Given that plaintiff above named, appeal to Honerable Judge from final ORDER And MEMORANDUM ENTERED ON April 12, 2006.--- Respectfully—

2- Plaintiff filed Educational Contract breached in UDC- but NOT "Harmless ERROR" Title VII that is Excussable statue of - U.S. supreme court for Prose-litigant this court knows - has a power to correct it. CAUSE OF ACTION in Educational Contract -- Agreement breached - Title IX, 1964 & 1972 As-Amended   see - Complaint p.2. opposition summary

Judgement- p. 3.      -2-

3- pro-se Litigant Techinical error on Complaint-Pleading is protected by - US- supreme court flaxable. ORDER - And Fed- Rule 61... for correction - as it is NOT the cause of- Action to Complaint.

4- In 1998- Complaint General petition was "Donal of Access - in District of Columbia and the UNITED STATE CITIES - that was Moved to U.S. District Court for jurisdictional purpose - see: - Fed- R. 81, Sect (C, e,) these

-A. Rules Apply to civil-actions Removed to the U.S. District Courts.. From State (D.C) Courts And Govern procedure after Removal -

B- Repleading is not necessory, unless the court so orders ~ proves - UDC - and its joinder defendants lawsuit is ON EXTENDED-MOTION SUSPended pending Trial- since 1998-TODAY-

5- The United States District Court GRANTED this Lawsuit Continued on proceeding, suspended MOTION Pending until 04/29/2002 when Administratively Closed - While Joinder defendants Requested this Court for extended time to serve and file defendents cross - motion for partial summary judgement and opposition to plaintiffs Motion for - partial summary judgment by defendents PROVES TIMELY, ON Going MOTION, pending TRIAL- Since 1998 - TODAY - Timely-

See: - Civil- DOCKET OF Columbia (wash-DC) CASE #1:98-CV-02945- PLF-

6- <u>Applicable Law</u>:- Fed-R. 81(e) states that: "The Law of District of Columbia - Govern the state Law of District of Columbia - satisfies Federal Rule 6(b) to protect Rights plaintiff based its claims at the discreation of judicial power - in Educational degree Contract under the Civil-Right Act of 1964 Title <u>IX</u>, As Amended in 1972 -- the CAUSE OF ACTION.

<u>NOTE</u>:- Local Laws of-D.C. Laws, statues, are abrogated by Fed-Rule 6(c)
  Fed-R. 83 Sect-2(b)

- BY- United states Constitution Article I - through 10 -- that BARRED STATES - From- ENTERY TO CONTRACT OF individuals at schools, or work places, Generally that

☞... Proves - APRIL 12, 2005 ORDER AND MEMORAN-DUM ENTERED has Constitutional and Law-error for correction-

7- United State District Court Local Rules Directives to Court prohibites - ERRED Title <u>VII</u> "Harmless ERROR (Rule 61) --- stating "A LOCAL Rule Imposing A requirment of form shall not be enforced in manner that causes a party to <u>Lose Rights</u> — because of nonwillful-failure to Comply with the requirment; that supports "NO TIME Limit on Federal Court Excercising its discreation.

see: - Fed-Rule 6(b) and 6(c)
<u>PROVES</u>:- ON Going motion at this Court - GRANT since 1999-

-4-

☞ See:- Fed-R- 83, Sect- 2(b)
  As Amended April-29, 1985, eff. Aug 1, 1985
  April 27, 1995 eff, Dec-1, 1995

Proves:- MEMORANDUM And ORDER ENTERED on April 12, 2006 has ERR- for Correction Plaintiff Respectfully Ask Honorable Judge - For - suspended MOTION, And Reconsideration proceeding --persuant to Rule 60. Sect-(a,b).

8 - Removed Lawsuit to this Court since 1998 was on Going MOTION until 04/22/2002 -- that proves -- within Federal, and state statue limitation if applicable -- but local state statues, Laws are Barred -- by- U.S. Constitution Article I-10.

(1) See:- (Civil-Docket I-98-CV-02945-PLF.)

(2) NOTE:* None Mistake - Timly on Going MOTION.

(3) A) SEPTEM 24, 1998 filed in D.C.-superior Court -- Defendents, Joinders, including UDC - ANSWER was Received on Nov. 30, 1998

B) NOTICE of REMOVAL- Filed Dec-03, 1998 -to- United States District Court. -(this Court). until - 04/29/2002 for Extended time Requested - ON MOTION -

C) ON JULY (June) 28, 2005 Complaint separatelly from Joinders filed in U.S-District Court.

D) ON April 13, 2005 this court indorsed Law suit proceeding- agaist UDC-(Board of Edu)

AS April- 28, 2005 GRANT of U.S. Court entred on 03/17/1999 -- CAUSE OF ACTION -- 1964 Civil-Right Act -- Title IX .. Edu- Amendment As- of 1972
  See:- Fed-R- 56 Sect-(a-g)--
  As of 1972 -- See: Fed-R- 56-Sect(a-g)

→See:- Civil-Action: <u>NO: 05-1028</u>
   May 19, 2005 ORDER - to comply to Rule 8(a) Advise from clerk office received - <u>proves</u>:- CONTINUED MOTION - Timely -

E: - "Denial of Excess in United State cities was pettisioned in Department of Labour Civil-Right Division on June 2, 1999 Still on pending - <u>proves</u> - Federal and State statues both in D.C. or in MA - are both Timely claim - pending TRIAL on Going TODAY; is Jenuine -

9 - Defendent UDC - MOTION TO SUMMARY DISMISSAL OR Judgment Page 8 proved - UDC-Board of education that holds plaintiff Degree Contract - agreement entered - Independent Board of Education can be sued or sue - can not be Immune since it violated Title IX of Educational Amendment persuant to Fed-Rule 201 Sect-(a-g) --- proves - MEMORANDUM And ORDER entered on April - 12, 2006 has Law and Constitutional error that is harmful to the Right of plaintiff - the LAW stands for -

10 - Defendents D.C.- official code §§ 12-301(7) in MEMORANDUM is BARRED by U.S. Constitution Articles I through 10 - in Educational Contract of degree programm - ON MOTION proves:- Timely, actively on MOTION As well - see:- U.S. supreme Court Decission on Darmoth - NH - Collegee - case etl-

11- Opposition to Dismiss or Summary Judgment Requested (was) Responded on Sep-23, 2005 proves --- "CAUSE OF ACTION" Breach of Contract IN Higher School -- None with Title VII, see:- p. 3.

12- Plaintiff is on pending leave-until-Defendant produces... Educational Contract entery student Application form, signed, dated paid fees -- on June 2, 1998 until this case is on pending TODAY -- No new lawsuit was filed -- in U.S. District Court than Comply to Fed-R-8(a) on Motion until TODAY --

→ see:- Fed-R. 56(f) justifies opposition as D.C. Circuit + Appeal Court -- in VESSELS, supra -- and supreme Court (U.S) two cases in Celotex Corporation V. Catrett -- 106 S.Ct. 2548, 2552 -- 2553 (1986)

Proves -- Timely, on Going Motion since Dec-03, 1998 this case Removed to U.S. District Court --- until-TODAY.

→ see:- Summary Judgment opposition Response p. 2-

→ see:- Fed-Rule 56, for public-Record at custody production to Court Inspection-Requested.

-7-

→ FOR FEDERAL-STATUE: Comply:

13) SUMMARY TO STATUE LIMITATION JUSTIFICATION

(1) On Sep-24, 1998 this case was filed in D.C. Superior Court -

(2) UDC- And its Joinders Answered Complaint Claims -- on Nov-30, 1998 -

(3) On Dec- 30, 1998 this case was Removed to - United States District Court -

(4) On June 21, 1999 filed Denial of Excess claim in U.S. Department of Labour on pending since then - satisfies Local Statues of District of Columbia, Massachusetts, U.S. District Court Statue Limitation.

(5) On April- 28, 2005 Plaintiff filed Motion to Proceed in Support of District Court ORDER ENTERED on 03/17/1999

(6) On May 19, 2005 Clerk Office ORDERED Comply to Fed-R(8(a) oppose to Joinder.

(7) On July 13, 2005. U.S. District Court indorsed this Lawsuit proceed against UDC-et/---

(8) On Sep-22, 2005 filed opposition to Dismiss Response in U.S. District Court -(Fed.R.56).

(9) Since Nov.1998 - to 04/29/2002 - this case is on Motion in U.S. District Court - As - of lead Docket 1:98-cv-02945- PLF Correct.

(10) Since 04/29/2002 - Plaintiff - Moved this Lawsuit after Summary Judgement was filed, Plaintiff- Responded for. Court ORDER was NOT Received, and U.S. District Court GRANTED Proceeding until - TODAY -

→ see: - Fed-R-56 sec.(a-g)

11- Supreme Court two statue limitation on Title VII) is NOT Applicable statue - in Educational Contract with UDC - Board of Educations on - Title IX claim -- As of 1964 Civil-Right Act -- Amended on 1972 -- Mis-interpreated.

(A) In case of - Title VII none Related to Educational Amendment - Title IX -- June 25, 1999 Appeal entered in washington D-C- at Dep. of Labour -- U.S. District Court Judge proved - filed this Educational Contract Year 1997 -- in CA - Sacramento - Court House; - case filed in Springfield MA -- 1996 - for Title VII; FAX - ORDER to Lead Attorney Moss - at Law - office -- in springfield MA -- eH - Comply within the supreme court two - statues of limitation -- but has nothing to do - with - "Harmless ERR" of - pro-se - litigant on Title IX CAUSE OF ACTION - "Mis-interpreated" ORDER and MEMORANDUM - of April - 12, 2006.

(B) SECONDLY, in matters of LABOUR LAWS, CONTRACT Educational degree programm Agreement breached -- Title IX, Federal statues -- eH -- the supreme Court Decission on Darmort - NH - College - issue - Barred - state LAWS, statues, Labour Compensations by - U.S. Constitution Article I - through - 10 -- proves - Title VII was Mistakenly mis-interpreated into Title IX of - Educational Amendment - AS - CAUSE OF Action claimed - on April 12, 2006.

12→ Plaintiff- Appeal to Honorable Judge Relief from Order And Memorandum Entered on April-22, 2006-

13→ **ALTERNATIVE:-**

Plaintiff also- Respectfully Ask-Honorable Judge Allowing Appeal Taking to United States District Appeal's Court for District of Columbia circuit -- where the above TRUE, Genuine, Timely, on Motion Proceeding- and the latest Evidences stated above cannot be correct "Harmless ERR"- the claim within Federal statue- limitation- Title IX Edu- Amendment. persuant to 1979 (3)(d) Directive Order to clear office, All Documents be-TRANSMITTED at this court for the Law- it stands to preserve Right violated.

The Above statements, Facts, claims, evidences are True, Accurate to the best of my Knowledge- *Bulti-mihretu D.*
Signed this day April-18, 2006
Respectfully -

Mihretu Bulti Dasissa
1725 Lincoln Rd- NE.
Washington DC-20002-

→ *Copy:-
1) U.S-Attorney Gen. Office-Civil-Rt- Division-
2- D.C.-Human Right and Judiciary-

→ *NOTE:-
The Law Requires parties who Intervained in this case serve parties. Reasons, Facts, for Response Not yet Received.. if Exist---
See:- Fed.R-24 sect -(a)(1,2) b-(c)