UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mihretu Bulti Dasisa, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1397 (CKK) |
| | : | |
| University of the District of Columbia, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff moves pursuant to Fed. R. Civ. P. 60 for relief from the Order of dismissal entered on April 12, 2006. In the alternative, plaintiff requests that his appeal of the Order be noticed. Having considered the motion as timely brought under Fed. R. Civ. P. 59, the Court finds no grounds for vacating the order under either Rule 59 or 60. Accordingly, it is

ORDERED that plaintiff's motion for relief from judgment [Doc. No. 11] is DENIED; and it is

FURTHER ORDERED that the Clerk shall notice plaintiff's appeal.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Date: May 15, 2006

Paper Copy to:

Mihretu Bulti Dasisa
1725 Lincoln Road NE
Washington, DC 20002